IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-209-D

| | | |
|---|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| ROBERT TESTA, and SENTRY SELECT INSURANCE COMPANY, et al., | ) ) ) ) ) | |
| Defendants. | ) | |

On June 22, 2015, Sentry Select Insurance Company filed a motion to join Dealer's Choice Mutual Insurance Company as a defendant. See [D.E. 38]. On July 14, 2015, Robert Testa ("Testa") responded in opposition. See [D.E. 41]. On July 23, 2015, Government Employees Insurance Company responded in opposition. See [D.E. 42]. (The response was untimely.) On July 27, 2015, Sentry Select Insurance Company replied. See [D.E. 43, 44].

On August 4, 2015, Testa filed a motion for oral argument. See [D.E. 45]. On August 5, 2015, Sentry Select Insurance Company responded in opposition. See [D.E. 46].

The court has reviewed the record. Good cause and the interests of justice support permitting Sentry Select Insurance Company to join Dealer's Choice Mutual Insurance Company as a defendant. See Fed. R. Civ. P. 15(a)(2), 20(a). Thus, Sentry Select Insurance Company's motion to join Dealer's Choice Mutual Insurance Company as a defendant [D.E. 38] is GRANTED. Sentry Select Insurance shall file its third-party complaint for declaratory judgment against Dealer's Choice Mutual Insurance Company and any other amended pleading not later than September 30, 2015. Testa's motion for oral

argument [D.E. 45] is DENIED. Oral argument would not aid the decisional process in light of the record. Finally, once Dealer's Choice Mutual Insurance Company is served, the parties shall confer and submit proposed revisions to the scheduling order not later than October 19, 2015. The proposed schedule shall include proposed dates for a court-hosted settlement conference with United States Magistrate Judge Gates.

SO ORDERED. This _16_ day of September 2015.

JAMES C. DEVER, III
Chief United States District Judge